UNITED STATES of America,
Plaintiff–Appellee,

v.

Larue TERRY, Defendant–Appellant.

No. 13–10593
Non–Argument Calendar.

United States Court of Appeals,
Eleventh Circuit.

March 18, 2014.

Peter J. Sholl, Robert Monk, James A. Muench, Suzanne C. Nebesky, Robert E. O'Neill, U.S. Attorney's Office, Tampa, FL, for Plaintiff–Appellee.

Robert Godfrey, Rosemary Cakmis, Donna Lee Elm, Federal Public Defender's Office, Orlando, FL, Alec Fitzgerald Hall, Federal Public Defender's Office, Tampa, FL, Larue Terry, FCI Coleman Medium–Inmate Legal Mail, Coleman, FL, for Defendant–Appellant.

Before TJOFLAT, HULL and MARCUS, Circuit Judges.

PER CURIAM:

Rosemary Cakmis, counsel for Larue Terry in this direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED,** and Terry's conviction and sentence are **AFFIRMED.**